# Third District Court of Appeal

## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0886
Lower Tribunal No. F18-12812A
_____

**Jordi Rivas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Tarrau v. State</u>, 48 Fla. L. Weekly D1100a (Fla. 3d DCA May 31, 2023) (Scales, J., concurring) ("[T]he default seating arrangement for an evidentiary hearing should be [defendant seated at counsel's table next to counsel as] <u>Gonzalez</u> [v. State, 343 So. 3d 166, 171 (Fla. 3d DCA 2022)] describes as optimal, and the decision to deviate from this default position should be that of the trial court, after due consideration and articulation of those reasonable factors warranting such deviation.").